# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS
### No. 16-1240V
### Filed: March 17, 2017

* * * * * * * * * * * * * * * * * * * * * * * * * *

WILLIAM MOORE,            *

                            *         Notice of Voluntary Dismissal;

           Petitioner,       *         Vaccine Rule 21(a); No Judgment;

v.                                 *         Order Concluding Proceedings

                                *

SECRETARY OF HEALTH      *

AND HUMAN SERVICES,      *

                                *

           Respondent.     *

                                *

* * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER CONCLUDING PROCEEDINGS[1]

**Dorsey,** Chief Special Master:

On March 16, 2017, petitioner filed a Notice of Voluntary Dismissal pursuant to Vaccine Rule 21(a) in the above-captioned case.

Accordingly, pursuant to Vaccine Rule 21 (a), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a).

      **IT IS SO ORDERED.**

                                **s/Nora Beth Dorsey**

                                Nora Beth Dorsey

                                Chief Special Master

---

[1] Because this unpublished Order contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.